STATE, THE WASHINGTON BUILDING AND LOAN ASSOCIA-
TION, PLAINTIFF IN ERROR, v. JACOB V. CREVELING,
COLLECTOR, DEFENDANT IN ERROR.

For the plaintiff in error, *Oscar Jeffery.*

For the defendant in error, *Joseph Vliet.*

PER CURIAM.   The judgment of the court below is
affirmed, for the reasons given by that court.   10 *Vroom* 465.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
DEPUE, DIXON, REED, SCUDDER, WOODHULL, CLEMENT,
DODD, GREEN, LILLY.   11.

*For reversal*—None.

---

STATE, SYMS, PROSECUTOR, v. THE TOWNSHIP OF WEST
HOBOKEN.

On error to the Supreme Court.

For the plaintiff in error, *S. B. Ransom.*

For the defendant in error, *J. B. Vredenburgh.*

PER CURIAM.   The judgment of the Supreme Court is
affirmed, for the reasons given by that court.

*For affirmance*—THE CHIEF JUSTICE, DALRIMPLE, REED,
WOODHULL, DODD, GREEN, WALES.   7.

*For reversal*—DIXON.   1.